# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00033-CR
NO. 03-08-00034-CR

**Mary Phoung Hill, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
NOS. 61499 & 61500, HONORABLE JOE CARROLL, JUDGE PRESIDING**

# M E M O R A N D U M   O P I N I O N

In each of these cases, appellant Mary Phoung Hill pleaded guilty and judicially confessed to committing forgery. *See* Tex. Penal Code Ann. § 32.21 (West Supp. 2007). The court assessed punishment for each offense at twenty-three months in state jail, to run concurrently.

Appellant's court-appointed attorney filed briefs concluding that the appeals are frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of her right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are frivolous and without merit.  We find nothing in the records that might arguably support the appeals. Counsel's motion to withdraw is granted.

The judgments of conviction are affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Affirmed

Filed:   May 8, 2008

Do Not Publish